The petition is therefore granted and judgment will be rendered accordingly.

DECEMBER 9, 1946

No. 51476.— 6533–R of Buchman Manufacturing Co., Inc. Petitioner's application for rehearing denied.